IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAVILION PAYMENTS GAMING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYSAFE PAYMENT PROCESSING SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 4:23-CV-01669 |

**THE PARTIES' JOINT STIPULATION TO STAY ALL PENDING BRIEFING DEADLINES AND NOTIFICATION OF SETTLEMENT IN PRINCIPLE**

The parties have reached a settlement in principle in this matter. As a result, and in accordance with this Court's rules, the parties jointly agree to stay all pending motion briefing deadlines, including the briefing related to Paysafe's motion to dismiss, Dkt. #9, and Pavilion's motion for a speedy hearing, Dkt. #12. The parties will file the closing papers within thirty days.

| | |
|---|---|
| DATE:  June 15, 2023 | Respectfully submitted, |
| By: */s/C. Larry Carbo, III* | */s/Gregg J. Costa* |
| C. Larry Carbo, III | GREGG J. COSTA (*Attorney-In-Charge*) |
| Attorney-in-Charge | Texas Bar #24028160 |
| Texas Bar No. 24031916 | S.D. Texas ID #32779 |
| Southern District of Texas Bar No. 31117 | COLLIN J. COX |
| larry.carbo@chamberlainlaw.com | Texas Bar #24031977 |
| 1200 Smith, Suite 1400 | S.D. Texas ID #654469 |
| Houston, Texas 77002 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (713) 658-1818 | 811 Main Street, Suite 3000 |
| Telecopier: (713) 658-2553 | Houston, TX 77002 |
| | Tel. (346) 718-6600 |
| *Attorney for Plaintiff* | Fax (346) 718-6620 |
| *Pavilion Payments Gaming Services Inc.* | gcosta@gibsondunn.com |
| | ccox@gibsondunn.com |
| | |
| | CHRISTINE DEMANA |
| | Texas Bar #24094623 |
| | S.D. Texas ID #3720912 |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, TX 75201 |
| | Tel. (214) 698-3246 |
| | Fax (214) 571-2973 |
| | cdemana@gibsondunn.com |
| | |
| | HARRIS M. MUFSON (admitted *pro hac vice*) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Tel. (212) 351-3805 |
| | Fax (212) 817-9505 |
| | hmufson@gibsondunn.com |
| | |
| | *Counsel for Defendant Paysafe Payment Processing Solutions, LLC* |